**Mahmoud A. BEN–STONE, a/k/a Thomas E. Stone, Petitioner–Appellant,**

v.

**F.W. GREENE, Warden, Respondent–Appellee.**

No. 02–6579.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 22, 2002.

Decided Sept. 19, 2002.

Mahmoud A. Ben–Stone, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Mahmoud Ben–Stone seeks to appeal the district court's order denying his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Ben–Stone has not made a substantial showing of the denial of a constitutional right. *See Ben Stone v. Greene*, No. CA–00–1322 (E.D. Va. filed Mar. 20, 2002 & entered Mar. 21, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*